1  ELIZABETH R. LEITZINGER, Esq. (SBN 259677)
   FENTON & KELLER
2  A Professional Corporation
   2801 Monterey-Salinas Highway
3  Post Office Box 791
   Monterey, California 93942
4  Telephone:    (831) 373-1241
   Facsimile:    (831) 373-7219
5  ELeitzinger@FentonKeller.com

6  Attorneys for Plaintiff
   COMMUNITY HOSPITAL OF THE MONTEREY
7  PENINSULA

8  SARAH GROSSMAN-SWENSON, SBN 259792
   RICHARD N. TREADWELL, SBN 324903
9  McCRACKEN, STEMERMAN & HOLSBERRY,
   LLP
10 475 14th St., Ste. 1200
   Oakland, CA 94612
11 Telephone: (415) 597-7200
   Fax: (415) 597-7201
12 Email: sgs@msh.law
   rtreadwell@msh.law
13
   Attorneys for Defendant
14 UFCW & EMPLOYERS BENEFIT TRUST

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17

18 COMMUNITY HOSPITAL OF THE            Case No.: 22-cv-03953-NC
   MONTEREY PENINSULA,
19                                      **STIPULATION OF DISMISSAL**
                   Plaintiff,
20
         v.                            Date of Filing:     June 1, 2022
21                                     Date of Removal:    July 6, 2022
   UFCW & EMPLOYERS BENEFIT            Trial Date:         October 23, 2023
22 TRUST; and DOES 1 through 20,
   inclusive,
23
                   Defendants.
24

25 / / /

26 / / /

27 / / /

28

1    IT IS HEREBY STIPULATED by and between the parties to this action through their

2    designated counsel that the above-captioned action be and hereby is dismissed with prejudice.

3    All parties are to bear their own costs and fees.

4

5    Dated:  May 4, 2023                          FENTON & KELLER

6

7                                                 By: */s/ Elizabeth R. Leitzinger*
                                                      Elizabeth R. Leitzinger, Esq.
8                                                     Attorneys for Plaintiff
                                                      COMMUNITY HOSPITAL OF THE
9                                                     MONTEREY PENINSULA

10

11   Dated:  May 4, 2023                          McCRACKEN, STEMERMAN &
                                                  HOLSBERRY, LLP
12

13                                                By: */s/ Richard N. Treadwell*
                                                      Richard N. Treadwell, Esq.
14                                                    McCRACKEN, STEMERMAN &
                                                      HOLSBERRY, LLP
15                                                    Attorneys for Defendant
                                                      UFCW & EMPLOYERS BENEFIT
16                                                    TRUST

17                                       **ORDER**

18   Pursuant to stipulation, it is so ordered.

19

20   Dated: _____May 5____, 2023      _____

21                                          HON. NA[THANAEL M. COUSINS]
                                            United States [District Judge]
22

23

24

25

26

27

28

GRANTED

Judge Nathanael M. Cousins

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA